1

2

3

4

5

6            UNITED STATES DISTRICT COURT

7           SOUTHERN DISTRICT OF CALIFORNIA

8

9 | UNITED STATES OF AMERICA,          | Case No.:  23-cr-1218-JO

10 |                          Plaintiff, | **ORDER CONTINUING MOTION**
                                          **HEARING/TRIAL SETTING**
11 | v.

12 | TALAEMATAFI VAEALOFI FUIAVA.,

13 |                         Defendant.

14

15        On August 23, 2023, the Defendant filed an Unopposed Motion to Continue the

16 Motion Hearing/Trial Setting currently set for August 25, 2023.  For good cause appearing,

17 the Court GRANTS the unopposed motion to continue [Dkt. 41] and sets the Motion

18 Hearing/Trial Setting on September 29, 2023 at 1:30 p.m.

19        For the reasons set forth in the motion, the Court finds that the ends of justice will

20 be served by granting the requested continuance, and these outweigh the interests of the

21 public and the defendant in a speedy trial.  The parties have an agreement to a misdemeanor

22 disposition and will schedule a change of plea hearing before the magistrate judge.

23 Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C.

24 § 3161(h)(1)(G), (h)(7)(A).

25 //

26 //

27 //

28 //

1   Further, on June 22, 2023, Defendant filed a pretrial motion that remains pending.

2   Accordingly, the Court finds that time from June 22, 2023 to September 29, 2023 shall be

3   excluded under the Speedy Trial Act on grounds that a pretrial motion is pending.   18

4   U.S.C. § 3161(h)(1)(D).

5       IT IS SO ORDERED.

6   Dated: _8/23/23_

7   Hon. Jinsook Ohta
    UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28